**Order filed, July 22, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00454-CV

_____

## DONALD YOUNG, DORIS YOUNG AND DONNA HOLCOMB, Appellant

## V.

## CHRIS DI FERRANTE, Appellee

---

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. CV-0052700**

---

### ORDER

The reporter's record in this case was due **July 05, 2016**. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jana Fowler**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM